Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for John Garcia

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GARCIA, | ) No. 5:21-cv-00707-RAO |
| Plaintiff, | ) **[PROPOSED]** ORDER AWARDING |
| | ) **EQUAL ACCESS TO JUSTICE** |
| v. | ) **ACT ATTORNEY FEES AND** |
| | ) **COSTS** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. §2412(d), in the amount of FIVE THOUSAND TWO HUNDRED TWENTY-NINE DOLLARS and EIGHTTEEN CENTS ($5,229.18), and NO costs subject to the terms of the above-referenced Stipulation.

Dated: November 8, 2022

_____
HONORABLE ROZELLA A. OLIVER
U.S. MAGISTRATE JUDGE

1